UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-1008-MWF (GJSx)**                           Dated: March 14, 2017

Title:     Milberg Factors of California, Inc. -v- Pending Principles, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

   In light of the Default By Clerk entered on March 13, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for April 17, 2017 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

   IT IS SO ORDERED.

MINUTES FORM 90                                               Initials of Deputy Clerk   jloz
CIVIL - GEN